UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREA STRINGER, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>JH PORTFOLIO DEBT EQUITIES LLC., OLIPHANT FINANCIAL LLC and DOES 1-10,<br><br>      Defendants. | Case No.: 4:18-cv-00889-RWS |

**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Andrea Stringer, On Behalf Of Herself And All Others Similarly Situated, (hereinafter "Plaintiff") and Defendants Oliphant Financial LLC and JH Portfolio Debt Equities, LLC (hereinafter "Defendants"), (all jointly hereinafter referred to as "the Parties"), hereby jointly stipulate to the dismissal of Plaintiff's claims against Defendants, with prejudice, with each party to bear its own fees and costs.

WHEREFORE, the Parties respectfully request that this Court grant this Stipulation and dismiss this cause of action with prejudice, each party to bear their own cost and fees.

              */s/ Patric A. Lester*
              Patric A. Lester, # 32840MO
              Lester & Associates
              5694 Mission Center Road, #358
              San Diego, California 92108
              (619) 665-3888
              (314) 241-5777 Fax
              pl@lesterlaw.com

              Attorney for Plaintiff, Andrea Stringer

                         */s/ Joshua C. Dickinson*
Joshua C. Dickinson, #51446MO
13520 California Street, Suite 290
Omaha, NE 68154
(402) 965-8600
(402) 965-8601 Fax
jdickinson@spencerfane.com

Attorneys for JH Portfolio Debt Equities, LLC.

*/s/ Patrick T. McLaughlin*
Patric T. McLaughlin, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314) 862-7733
(314) 862-4656
pmclaughlin@spencerfane.com

Attorneys for Defendant Oliphant Financial LLC

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the United States District Court for the Eastern District of Missouri on February 22, 2019, with notice of case activity generated and sent to counsel of record.

                         */s/ Patric A. Lester*