UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREA STRINGER, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | Case No.: 4:18-cv-00889-RWS |
| JH PORTFOLIO DEBT EQUITIES LLC., OLIPHANT FINANCIAL LLC and DOES 1-10, ) ) ) ) | |
| Defendants. ) ) | |

**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**

Based upon the Joint Stipulation for Dismissal with Prejudice, and for good cause appearing, the court GRANTS the Joint Stipulation for Dismissal. This action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED:**

Dated: February 25, 2019

Rodney W. Sippel
United States District Judge

1